NOVEMBER 19, 1986

No. A–386.  WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS v. BUNDY.  Application of the Attorney General of Florida for an order to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Eleventh Circuit, presented to JUSTICE POWELL, and by him referred to the Court, denied.

NOVEMBER 26, 1986

No. 86–5571.  MELENDEZ-CARRION ET AL. v. UNITED STATES.  C. A. 2d Cir.  Certiorari dismissed under this Court's Rule 53.

No. 86–5607.  BERRIOS-BERRIOS v. UNITED STATES.  C. A. 2d Cir.  Certiorari dismissed under this Court's Rule 53.